IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

VS.                                           CASE NO. 5:23-CR-50044-001

AARON SHEETS                                                                                  DEFENDANT

## ORDER

    Before the Court for consideration is Defendant's Motion for Documents (ECF No. 53) filed on September 19, 2024. Defendant – who was sentenced by U.S. District Judge Timothy L. Brooks on June 7, 2024 (ECF Nos. 41, 43) and whose case is currently on appeal to the Court of Appeals for the Eighth Circuit – seeks copies of the indictment, pre-sentence investigation report, plea agreement and transcripts for a "civil suit." (ECF No. 53).

    The Court directs **appellate counsel for Defendant** to confer with Defendant about the described "civil suit" for which he allegedly requires these materials, and to consult regarding the advisability of Defendant possessing these materials, and to do so by **October 10, 2024.**

    Defendant's Motion (ECF No. 53) is **denied** without prejudice to the refiling if necessary.

    **IT IS SO ORDERED** this 26th day of September 2024.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE